396 A.2d 22

Commonwealth v. Dundore, Appellant.

Submitted September 12, 1977. Charles B. Coleman, for

520

appellant; J. Michael Morrissey, District Attorney, for Commonwealth, appellee.

Order affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.